DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
*Representing the United States of America*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In the Matter of the Search of:

4057 Mita Way
Las Vegas, Nevada
County of Clark, State of Nevada

Case No. 2:17-mj-1119-GWF

**GOVERNMENT'S MOTION TO UNSEAL**

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case so that associated documents can be produced as discovery in the unsealed criminal case *United States v. Dax Terry*, 2:17-mj-1134-GWF.

**DATED** this 26th day of February, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>4057 Mita Way<br>Las Vegas, Nevada<br>County of Clark, State of Nevada | Case No. 2:17-mj-1119-GWF<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 2nd day of March, 2018.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE